FILED
CLERK, U.S. DISTRICT COURT
December 26, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>INTRA WORLD WIDE OF AMERICA, INC., a California corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-09122-SB-JPR<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:  November 22, 2021<br>Trial Date:  Not on Calendar |

1

    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant Intra World Wide of America, Inc. is dismissed without prejudice.  Each party will be responsible for its own fees and costs.

Dated:  December 26, 2021



                              Stanley Blumenfeld, Jr.
                              United States District Judge